JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NOEL GUTIERREZ AMAYA,

                    Petitioner,

                    v.

WARDEN,

                    Respondent.

Case No. 2:24-cv-03481 DSF (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed. All pending motions are terminated.

DATED: August 15, 2025



_____
THE HONORABLE DALE S. FISCHER
United States District Judge